**Order Filed on September 13,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**THE KELLY FIRM, P.C.**
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
732-449-0525
kgaldieri@kbtlaw.com
Katherine B. Galdieri, Esq.
Counsel for Creditor, NJR Clean Energy
Ventures Corporation

In Re:

GIOVANNA M. LEWANDOWSKI
RYAN LEWANDOWSKI,

                    Debtor.

Case No.:  19-23362

Judge:  Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION OF CREDITOR, NJR CLEAN ENERGY VENTURES CORPORATION, TO CONFIRMATION OF DBETOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered page two (2) through three (3), is

hereby **ORDERED.**

DATED: September 13, 2019

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Page 2
Debtor:      Giovanna M. Lewandowski and Ryan Lewandowski
Case No.:    19-23362-JNP
Caption:     CONSENT ORDER RESOLVING OBJECTION OF CREDITOR, NJR CLEAN
             ENERGY VENTURES CORPORATION, TO CONFIRMATION OF
             DEBTOR'S CHAPTER 13 PLAN

**THESE MATTERS,** having been brought before the Court by Creditor, NJR Clean

Energy Ventures Corporation ("NJR") and by Giovanna M. Lewandowski and Ryan

Lewandowski (the "Debtor"), through their undersigned attorneys, upon application for entry of

this consent order ("Consent Order") resolving the objection filed by NJR on July 25, 2019 to

confirmation of the modified Chapter 13 Plan filed by the Debtor on July 9, 2019; it is hereby

**ORDERED** that the Debtor shall assume the Solar Equipment Lease entered into

between the parties on June 5, 2012 (the "Lease"); and it is

**ORDERED** that the term of the Lease shall be extended from 112 months remaining to

114 months in order to cure Debtor's post-petition arrears under the terms of the Lease; and it is

**ORDERED** that NJR hereby withdraws its objection to the Debtor's Chapter 13 Plan

proposing discharge of all pre-petition arrears under the lease; and it is

**ORDERED** that Debtor shall resume regular monthly payments of $94.66 payable on the

4th day of each month beginning on October 4, 2019, and ending on March 4, 2029, and such

payments shall be remitted to NJR Clean Energy Ventures, P.O. Box 1468, Wall, NJ 07719; and

it is

**ORDERED** that NJR may resume issuing monthly invoices or bills to the Debtor

pursuant to this Consent Order, and that such communications shall not constitute a violation of

the Automatic Stay under 11 U.S.C. § 362.

The parties hereby consent to the form, substance, and entry of the foregoing order:

Page 3
Debtor:       Giovanna M. Lewandowski and Ryan Lewandowski
Case No.:     19-23362-JNP
Caption:      CONSENT ORDER RESOLVING OBJECTION OF CREDITOR, NJR CLEAN
              ENERGY VENTURES CORPORATION, TO CONFIRMATION OF
              DEBTOR'S CHAPTER 13 PLAN

**LAW OFFICES OF MITCHELL LEE CHAMBERS**
*Counsel to the Debtors, Giovanna M. Lewandowski and Ryan Lewandowski*

By:    /s/
       Mitchell Lee Chambers, Esq.

Dated:    9/13/19

**THE KELLY FIRM, P.C.**
*Counsel to Creditor, NJR Clean Energy Ventures Corporation*

By:    /s/
       Katherine B. Galdieri, Esq.

Dated:    9/13/19

3