| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| |
| THE KELLY FIRM, P.C. |
| 1011 Highway 71, Suite 200 |
| Spring Lake, NJ 07762 |
| 732-449-0525 |
| kgaldieri@kbtlaw.com |
| Katherine B. Galdieri, Esq. |
| Counsel for Creditor, NJR Clean Energy |
| Ventures Corporation |

Order Filed on September 13, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re: | Case No.: 19-23362 |
| GIOVANNA M. LEWANDOWSKI | Judge: Hon. Jerrold N. Poslusny, Jr. |
| RYAN LEWANDOWSKI, | Chapter: 13 |
| Debtor. | |

## CONSENT ORDER RESOLVING OBJECTION OF CREDITOR, NJR CLEAN ENERGY VENTURES CORPORATION, TO CONFIRMATION OF DBETOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered page two (2) through three (3), is hereby **ORDERED**.

**DATED: September 13, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Page 2
Debtor:   Giovanna M. Lewandowski and Ryan Lewandowski
Case No.: 19-23362-JNP
Caption:  CONSENT ORDER RESOLVING OBJECTION OF CREDITOR, NJR CLEAN ENERGY VENTURES CORPORATION, TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**THESE MATTERS**, having been brought before the Court by Creditor, NJR Clean Energy Ventures Corporation ("NJR") and by Giovanna M. Lewandowski and Ryan Lewandowski (the "Debtor"), through their undersigned attorneys, upon application for entry of this consent order ("Consent Order") resolving the objection filed by NJR on July 25, 2019 to confirmation of the modified Chapter 13 Plan filed by the Debtor on July 9, 2019; it is hereby

**ORDERED** that the Debtor shall assume the Solar Equipment Lease entered into between the parties on June 5, 2012 (the "Lease"); and it is

**ORDERED** that the term of the Lease shall be extended from 112 months remaining to 114 months in order to cure Debtor's post-petition arrears under the terms of the Lease; and it is

**ORDERED** that NJR hereby withdraws its objection to the Debtor's Chapter 13 Plan proposing discharge of all pre-petition arrears under the lease; and it is

**ORDERED** that Debtor shall resume regular monthly payments of $94.66 payable on the 4th day of each month beginning on October 4, 2019, and ending on March 4, 2029, and such payments shall be remitted to NJR Clean Energy Ventures, P.O. Box 1468, Wall, NJ 07719; and it is

**ORDERED** that NJR may resume issuing monthly invoices or bills to the Debtor pursuant to this Consent Order, and that such communications shall not constitute a violation of the Automatic Stay under 11 U.S.C. § 362.

The parties hereby consent to the form, substance, and entry of the foregoing order:

2

Page 3
Debtor: Giovanna M. Lewandowski and Ryan Lewandowski
Case No.: 19-23362-JNP
Caption: CONSENT ORDER RESOLVING OBJECTION OF CREDITOR, NJR CLEAN ENERGY VENTURES CORPORATION, TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**LAW OFFICES OF MITCHELL LEE CHAMBERS**
*Counsel to the Debtors, Giovanna M. Lewandowski and Ryan Lewandowski*

By: /s/
Mitchell Lee Chambers, Esq.

Dated: 9/13/19

**THE KELLY FIRM, P.C.**
*Counsel to Creditor, NJR Clean Energy Ventures Corporation*

By: /s/
Katherine B. Galdieri, Esq.

Dated: 9/13/19

3

United States Bankruptcy Court
District of New Jersey

In re:  
Giovanna M. Lewandowski  
Ryan Lewandowski  
    Debtors

Case No. 19-23362-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 13, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.  
db/jdb        +Giovanna M. Lewandowski,    Ryan Lewandowski,    15 New York Ave.,    Berlin, NJ 08009-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:

          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Katherine B. Galdieri     on behalf of Creditor    NJR Clean Energy Ventures Corporation kgaldieri@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com  
          Kevin Gordon McDonald     on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Mitchell L Chambers, Jr.     on behalf of Joint Debtor Ryan  Lewandowski ecfbc@comcast.net  
          Mitchell L Chambers, Jr.     on behalf of Debtor Giovanna M. Lewandowski ecfbc@comcast.net  
          R. A. Lebron     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for CSMC 2019-JR1 TRUST bankruptcy@feinsuch.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 8