UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC.,
as servicer for CSMC 2019-JR1 TRUST
R.A. LEBRON, ESQ.
SPS1705
bankruptcy@feinsuch.com

| In Re: | Case No.: 19-23362 JNP |
|---|---|
| GIOVANNA M. LEWANDOWSKI aka GIOVANNA LEWANDOWSKI aka GIOVANNA FUSCELLARO-LEWANDOWSKI AND RYAN LEWANDOWSKI | Adv. No.: |
| | Hearing Date: September 18, 2019 |
| Debtor(s). | Judge: Hon. Jerrold N. Poslusny, Jr. |

**CERTIFICATION OF SERVICE**

1. I, Tina DeLibro:

    ☐ represent the _____ in this matter.

    ☒ am a legal assistant for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for CSMC 2019-JR1 TRUST in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 10, 2019, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a.  Order Resolving Objection to Confirmation.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MITCHELL L CHAMBERS, JR.<br>LAW OFFICES OF MITCHELL LEE CHAMBERS<br>602 LITTLE GLOUCESTER ROAD<br>SUITE 5<br>BLACKWOOD, NJ 08012 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>    (D.N.J. LBR 9013-4) |
| ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>    (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>    (D.N.J. LBR 9013-4) |
| GIOVANNA M. LEWANDOWSKI aka<br>GIOVANNA LEWANDOWSKI aka<br>GIOVANNA FUSCELLARO-LEWANDOWSKI<br>AND RYAN LEWANDOWSKI<br>15 NEW YORK AVE.<br>BERLIN, NJ 08009 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 10, 2019        /S/ TINA DELIBRO
                               Tina DeLibro
                               Legal Assistant