Order Filed on October 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as servicer for CSMC 2019-JR1 TRUST
R.A. LEBRON, ESQ.
SPS1705
bankruptcy@feinsuch.com

In Re:

GIOVANNA M. LEWANDOWSKI aka
GIOVANNA LEWANDOWSKI aka
GIOVANNA FUSCELLARO-LEWANDOWSKI
AND RYAN LEWANDOWSKI

Debtor(s).

Case No.: 19-23362 JNP

Adv. No.:

Hearing Date: September 18, 2019

Judge: Hon. Jerrold N. Poslusny, Jr.

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: October 18, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): GIOVANNA M. LEWANDOWSKI aka GIOVANNA LEWANDOWSKI aka GIOVANNA FUSCELLARO-LEWANDOWSKI AND RYAN LEWANDOWSKI
Case No: 19-23362 JNP
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for CSMC 2019-JR1 TRUST, as to certain real property known as 15 NEW YORK AVENUE, BERLIN, NJ 08009 as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Upon confirmation, the secured claim is reclassified to an unsecured claim.

2. The creditor shall receive any available unsecured pro rata distribution on its filed proof of claim.

3. The lien strip and/or reclassification is valid upon successful completion of the Chapter 13 plan and receipt of bankruptcy discharge.

4. The lien strip and/or reclassification is void upon dismissal or conversion of the chapter 13 case or the filing of a modified Chapter 13 plan that alters the proposed treatment in the original Chapter 13 plan.

5. If the case is dismissed or converted, the claim shall be reinstated in full with appropriate interest and other applicable and appropriate fees, costs, etc.

**(Page 3)**
Debtor(s): GIOVANNA M. LEWANDOWSKI aka GIOVANNA LEWANDOWSKI aka GIOVANNA FUSCELLARO-LEWANDOWSKI AND RYAN LEWANDOWSKI
Case No: 19-23362 JNP
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**
_____

    6.    The Debtor(s) shall maintain adequate hazard insurance coverage and maintain secured creditor as a loss payee until completion of the Chapter 13 plan and receipt of discharge.

    7.    The Debtor(s) shall maintain prompt payment for property taxes.

    8.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

    9.    The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.