UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as
servicer for CSMC 2019-JR1 TRUST
R.A. LEBRON, ESQ.
SPS1705
bankruptcy@feinsuch.com

**Order Filed on October 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

GIOVANNA M. LEWANDOWSKI aka
GIOVANNA LEWANDOWSKI aka
GIOVANNA FUSCELLARO-LEWANDOWSKI
AND RYAN LEWANDOWSKI

Debtor(s).

Case No.: 19-23362 JNP

Adv. No.:

Hearing Date:  September 18, 2019

Judge: Hon. Jerrold N. Poslusny, Jr.

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: October 18, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): GIOVANNA M. LEWANDOWSKI aka GIOVANNA LEWANDOWSKI aka
GIOVANNA FUSCELLARO-LEWANDOWSKI AND RYAN LEWANDOWSKI
Case No: 19-23362 JNP
Caption of Order:  **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for CSMC 2019-JR1 TRUST, as to certain real property known as <u>15 NEW YORK AVENUE, BERLIN, NJ 08009</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1.    Upon confirmation, the secured claim is reclassified to an unsecured claim.

2.    The creditor shall receive any available unsecured pro rata distribution on its filed proof of claim.

3.    The lien strip and/or reclassification is valid upon successful completion of the Chapter 13 plan and receipt of bankruptcy discharge.

4.    The lien strip and/or reclassification is void upon dismissal or conversion of the chapter 13 case or the filing of a modified Chapter 13 plan that alters the proposed treatment in the original Chapter 13 plan.

5.    If the case is dismissed or converted, the claim shall be reinstated in full with appropriate interest and other applicable and appropriate fees, costs, etc.

**(Page 3)**
Debtor(s): GIOVANNA M. LEWANDOWSKI aka GIOVANNA LEWANDOWSKI aka
GIOVANNA FUSCELLARO-LEWANDOWSKI AND RYAN LEWANDOWSKI
Case No: 19-23362 JNP
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

_____

6.   The Debtor(s) shall maintain adequate hazard insurance coverage and maintain secured creditor as a loss payee until completion of the Chapter 13 plan and receipt of discharge.

7.   The Debtor(s) shall maintain prompt payment for property taxes.

8.   This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

9.   The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:
Giovanna M. Lewandowski                                          Case No. 19-23362-JNP
Ryan Lewandowski                                                 Chapter 13
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 18, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db/jdb         +Giovanna M. Lewandowski,    Ryan Lewandowski,    15 New York Ave.,    Berlin, NJ 08009-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Katherine B. Galdieri    on behalf of Creditor    NJR Clean Energy Ventures Corporation
               kgaldieri@kbtlaw.com,   akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Joint Debtor Ryan  Lewandowski ecfbc@comcast.net
              Mitchell L Chambers, Jr.    on behalf of Debtor Giovanna M. Lewandowski ecfbc@comcast.net
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for CSMC
               2019-JR1 TRUST bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 8