Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-23362 (JNP)**

Giovanna M. Lewandowski and Ryan Lewandowski  
15 New York Avenue  
Berlin, NJ  08009

Monthly Payment: $769.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2020 | $769.00 | 02/05/2020 | $769.00 | 03/05/2020 | $769.00 | 04/06/2020 | $769.00 |
| 05/07/2020 | $769.00 | 06/04/2020 | $769.00 | 07/07/2020 | $769.00 | 08/07/2020 | $769.00 |
| 09/03/2020 | $769.00 | 10/07/2020 | $769.00 | 11/03/2020 | $769.00 | 12/03/2020 | $385.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GIOVANNA M. LEWANDOWSKI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 |
| 1 | NJR CLEAN ENERGY VENTURES CORPORATION | 28 | $3,440.44 | $0.00 | $3,440.44 | $0.00 |
| 2 | FEIN, SUCH, KAHN, & SHEPARD, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $39,651.19 | $12,925.94 | $26,725.25 | $4,426.94 |
| 7 | POWERS KIRN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | RYAN LEWANDOWSKI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING, INC. | 33 | $84,001.95 | $0.00 | $84,001.95 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | RYAN LEWANDOWSKI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 2.00 | $0.00 |
| 10/01/2019 | Paid to Date | $6,226.00 |
| 11/01/2019 | 57.00 | $769.00 |
| 08/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $8,844.00 |
| Total paid to creditors this period: | $6,426.94 |
| Undistributed Funds on Hand: | $352.66 |
| Arrearages: | $384.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**