**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: MidFirst Bank

In Re:
Ryan Lewandowski Giovanna M. Lewandowski aka Giovanna Lewandowski aka Giovanna Fuscellaro-Lewandowski
Debtor(s)

Case No: 19-23362 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

# CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 01/05/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Status Change Form
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 01/05/2022        /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Ryan Lewandowski<br>15 New York Avenue<br>Berlin, NJ 08009<br>Giovanna M. Lewandowski aka Giovanna Lewandowski aka Giovanna Fuscellaro-Lewandowski<br>15 New York Avenue<br>Berlin, NJ 08009 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mitchell L. Chambers Jr.<br>Law Offices of Mitchell Lee Chambers<br>602 Little Gloucester Road, Suite 5<br>Blackwood, NJ 08012 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |