Printed on: 12/31/2022                                                                                                                 Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-23362 (JNP)

Giovanna M. Lewandowski and Ryan Lewandowski
15 New York Avenue
Berlin, NJ  08009

Monthly Payment: $769.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $769.00 | 02/01/2022 | $1,179.00 | 03/01/2022 | $1,179.00 | 04/01/2022 | $1,179.00 |
| 05/02/2022 | $1,179.00 | 05/31/2022 | $1,179.00 | 07/05/2022 | $1,179.00 | 07/08/2022 | $-1,179.00 |
| 07/22/2022 | $1,179.00 | 09/01/2022 | $769.00 | 10/03/2022 | $769.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GIOVANNA M. LEWANDOWSKI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | NJR CLEAN ENERGY VENTURES CORPORATION | 28 | $3,440.44 | $0.00 | $3,440.44 | $0.00 |
| 2 | FEIN, SUCH, KAHN, & SHEPARD, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $39,651.19 | $28,421.23 | $11,229.96 | $6,199.46 |
| 7 | POWERS KIRN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | RYAN LEWANDOWSKI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING, INC. | 33 | $84,001.95 | $0.00 | $84,001.95 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | RYAN LEWANDOWSKI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 2.00 | $0.00 |
| 10/01/2019 | Paid to Date | $6,226.00 |
| 11/01/2019 | 57.00 | $769.00 |
| 08/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $9,381.00 |
| Total paid to creditors this period: | $6,199.46 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,307.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**