| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Ryan Lewandowski & Giovanna Lewandowski,<br><br>Debtors. | Case No.: 19-23362-JNP<br><br>Chapter: 13<br><br>Hearing Date: 03/14/2023<br><br>Judge: Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 15 New York Avenue (Docket # 43)

_____

Date: 03/13/2023                                     /s/ Denise Carlon
                                                                    Signature

*rev.8/1/15*