Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23362−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Giovanna M. Lewandowski
aka Giovanna Lewandowski, aka Giovanna Fuscellaro−Lewandowski
15 New York Ave.
Berlin, NJ 08009

Ryan Lewandowski
15 New York Ave.
Berlin, NJ 08009

Social Security No.:
xxx−xx−4166                                xxx−xx−0789

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       5/4/23
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mitchell L. Chambers, Jr., Debtor's Attorney, period: 11/10/2022 to 3/30/2023

COMMISSION OR FEES
Fees: $1,500.00

EXPENSES
$60.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 30, 2023
JAN: jpl

                                                                                                    Jeanne Naughton
                                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 19-23362-JNP
Giovanna M. Lewandowski     Chapter 13
Ryan Lewandowski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Mar 30, 2023    Form ID: 137    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Giovanna M. Lewandowski, Ryan Lewandowski, 15 New York Ave., Berlin, NJ 08009-1120 |
| lm | + | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518342884 | | Clean Energy Ventures, 1415 Wyckoff Road, Belmar, NJ 07719 |
| 518342888 | + | MIDFIRST BANK, KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, wESTMONT, NJ 08108-2812 |
| 518342889 | | Midland Mortgage, P.O. BOX, Oklahoma City, OK 73126 |
| 518370938 | + | NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 518342890 | + | Powers Kirn, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518342885 | + | SELECT PORTFOLIO SERVICING, INC., as, servicer for CSMC 2019-JR1 TRUST, FEIN, SUCH, KAHN, & SHEPARD, P.C., 7 CENTURY DRIVE, SUITE 201 Parsippany, NJ 07054-4673 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Mar 30 2023 20:33:14 | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518342886 | | Email/Text: EBNBKNOT@ford.com | Mar 30 2023 20:37:00 | FORD MOTOR CREDIT, P.O. BOX 6275, Dearborn, MI 48121 |
| 518348223 | | Email/Text: EBNBKNOT@ford.com | Mar 30 2023 20:37:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518350243 | | Email/Text: EBNBKNOT@ford.com | Mar 30 2023 20:37:00 | Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 518342887 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 30 2023 20:37:00 | GM FINANCIAL, P.O. BOX 181145, Arlington, TX 76096-1145 |
| 518463625 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 30 2023 20:39:04 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518342892 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2023 20:37:00 | SELECT PORTFOLIO SERVICING, 3815 SOUTH WEST TEMPLE STREET, Salt Lake City, UT 84115 |
| 518698122 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2023 20:37:00 | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518464755 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2023 20:37:00 | SELECT PORTFOLIO SERVICING, INC., as |

Case 19-23362-JNP    Doc 59    Filed 04/01/23    Entered 04/02/23 00:11:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2023 | Form ID: 137 | Total Noticed: 19 |

servicer for, PO BOX 65250, SALT LAKE CITY, UT 84165-0250

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | *+ | NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 518342891 | *+ | RYAN LEWANDOWSKI, 15 NEW YORK AVE, Berlin, NJ 08009-1120 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Katherine B. Galdieri | on behalf of Creditor NJR Clean Energy Ventures Corporation kbgesq@gmail.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Ryan Lewandowski ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Debtor Giovanna M. Lewandowski ecfbc@comcast.net |
| R. A. Lebron | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., as servicer for CSMC 2019-JR1 TRUST bankruptcy@fskslaw.com |
| Travis Graga | on behalf of Creditor NJR Clean Energy Ventures Corporation tgraga@riker.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11