**LAW OFFICES OF MITCHELL LEE CHAMBERS**
602 Little Gloucester Road, Suite 5
BLACKWOOD, NJ 08012
PHONE: 856-302-1778
FAX: 856-302-1778

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    RYAN AND GIOVANNA | : | |
|     LEWANDOWSKI | : | |
| Debtor(s) | : | Bankruptcy No. 19-23362 JNP |

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor's Motion to approve the loan modification on 15 New York Ave., Berlin, NJ 08009.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 25, 2023 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    > U.S. Bankruptcy Court Clerk
    > 400 Cooper Street, 4th Floor
    > Suite 4b
    > Camden, NJ Trenton, NJ 08101

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date state above; and

   (b) mail a copy to the movant's attorney:

    > **LAW OFFICES OF MITCHELL LEE CHAMBERS**
    > 602 Little Gloucester Road, Suite 5
    > BLACKWOOD, NJ 08012

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

October 11, 2023             /s/ Mitchell Lee Chambers, Esq.

**LAW OFFICES OF MITCHELL LEE CHAMBERS**
602 Little Gloucester Road, Suite 5
BLACKWOOD, NJ 08012
PHONE:  856-302-1778
FAX: 856-302-1778