# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

Joni L. Gray, Counsel
Jennifer R. Gorchow, Staff Attorney
William H. Clunn, III, Staff Attorney

Lu'Shell K. Alexander*
Jennie P. Archer*
Kelleen E. Stanley*
Kimberly A. Talley*

*Certified Bankruptcy Assistant

October 24, 2023

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

      **RE:**    **Chapter 13 Bankruptcy**
               **Case No. 19-23362 (JNP)**
               **Debtor(s) Name: Giovanna M. & Ryan Lewandowski**

Dear Judge Poslusny:

      Please accept this letter in lieu of a more formal response to the Motion for Authorization to Enter Into Final Loan Modification Agreement.

      Debtor(s) come(s) before the Court fifty-one months after filing the Chapter 13 Bankruptcy Petition, on a Motion for Authorization to Enter Into Final Loan Modification Agreement with Midfirst Bank. While the Trustee does not oppose Debtor(s)' motion, the Trustee objects to the proposed form of Order.

      The Trustee respectfully requests the Debtor(s) be required to submit an amended proposed Order to the Judge's chambers in accordance with the Local Mandatory Forms effective December 17, 2019. Debtor(s) may obtain the correct form of order from the Clerk's office or on the Court's website: www.njb.uscourts.gov/forms.

      As always, the Court is welcome to contact the Trustee with any concerns.

                    Respectfully submitted,

                    */s/ Andrew B. Finberg*
                    Andrew B. Finberg,
                    Chapter 13 Standing Trustee

ABF/kt
cc:      Mitchell Lee Chambers, Jr., Esquire (ECF/CM)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978