Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-23362 (JNP)

Giovanna M. Lewandowski and Ryan Lewandowski  
15 New York Avenue  
Berlin, NJ  08009

Monthly Payment: $205.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $769.00 | 03/01/2023 | $769.00 | 03/31/2023 | $769.00 | 04/21/2023 | $205.00 |
| 06/07/2023 | $94.62 | 06/22/2023 | $94.62 | 07/06/2023 | $94.62 | 07/19/2023 | $94.62 |
| 08/03/2023 | $94.62 | 08/17/2023 | $94.62 | 08/30/2023 | $94.62 | 09/15/2023 | $94.62 |
| 09/27/2023 | $94.62 | 10/11/2023 | $94.62 | 10/25/2023 | $94.62 | 11/08/2023 | $94.62 |
| 11/27/2023 | $94.62 | 12/05/2023 | $94.62 | 12/20/2023 | $94.62 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GIOVANNA M. LEWANDOWSKI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $1,560.00 | $1,560.00 | $0.00 | $1,560.00 |
| 1 | NJR CLEAN ENERGY VENTURES CORPORATION | 28 | $3,440.44 | $0.00 | $3,440.44 | $0.00 |
| 2 | FEIN, SUCH, KAHN, & SHEPARD, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK | 24 | $39,651.19 | $29,233.99 | $10,417.20 | $812.76 |
| 7 | POWERS KIRN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | RYAN LEWANDOWSKI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING, INC. | 33 | $84,001.95 | $0.00 | $84,001.95 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | RYAN LEWANDOWSKI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $3,548.22 | $39.60 | $3,508.62 | $39.60 |
| 15 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $538.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 08/01/2019 | 44.00 | $0.00 |
| 04/01/2023 | Paid to Date | $35,653.00 |
| 05/01/2023 | 15.00 | $205.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,931.30 |
| Total paid to creditors this period: | $2,950.36 |
| Undistributed Funds on Hand: | $603.60 |
| Arrearages: | $425.70 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

Case 19-23362-JNP    Doc 90    Filed 02/13/24    Entered 02/13/24 10:38:34    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**