Order Filed on September 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><br>DISTRICT OF NEW JERSEY<br><br>LAW OFFICES OF MITCHELL LEE CHAMBERS<br><br>602 LITTLE GLOUCESTER ROAD<br><br>SUITE 5<br><br>BLACKWOOD, NJ 08012 | |
| In Re:<br><br>RYAN AND GIOVANNA LEWANDOWSKI | Case No.: 19-23362<br><br>Hearing Date: 9/17/24 @ 11<br><br>Judge: JNP |

ORDER DECLARING LIEN SATISFIED PURSUANT TO BANKRUPTCY RULE 5009(D)

The relief set forth on the

hereby **ORDERED**.

**DATED: September 17, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter is before the Court on the Motion for Entry of an Order Declaring Lien Satisfied (the "Motion") pursuant to Fed. R. Bankr. P. 5009(d) filed on behalf of the Debtor in the above-styled case.   Accordingly, it is hereby, ORDERED, ADJUDGED, AND DECREED that:

a) The Motion is granted.
b) The lien described below shall be declared satisfied.
c) The Debtor is authorized to present a copy of this order along with a copy of the Order of Discharge to the applicable recording office for notation of satisfaction of the lien in the lien records.

MORTGAGE INFORMATION:

Creditor:   Select Portfolio Servicing
Collateral:   15 New York Ave., Berlin, NJ 08009
Mortgage Recorded:   January 23, 2006
Book/Page:   08088/1687
Recorded in Camden County