| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><br>DISTRICT OF NEW JERSEY<br><br>LAW OFFICES OF MITCHELL LEE CHAMBERS<br><br>602 LITTLE GLOUCESTER ROAD<br><br>SUITE 5<br><br>BLACKWOOD, NJ 08012 | Order Filed on September 17, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RYAN AND GIOVANNA LEWANDOWSKI | Case No.: 19-23362<br><br>Hearing Date: 9/17/24 @ 11<br><br>Judge: JNP |

ORDER DECLARING LIEN SATISFIED PURSUANT TO BANKRUPTCY RULE 5009(D)

The relief set forth on the

hereby **ORDERED**.

**DATED: September 17, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter is before the Court on the Motion for Entry of an Order Declaring Lien Satisfied (the "Motion") pursuant to Fed. R. Bankr. P. 5009(d) filed on behalf of the Debtor in the above-styled case. Accordingly, it is hereby, ORDERED, ADJUDGED, AND DECREED that:

a) The Motion is granted.
b) The lien described below shall be declared satisfied.
c) The Debtor is authorized to present a copy of this order along with a copy of the Order of Discharge to the applicable recording office for notation of satisfaction of the lien in the lien records.

MORTGAGE INFORMATION:

Creditor:   Select Portfolio Servicing
Collateral:   15 New York Ave., Berlin, NJ 08009
Mortgage Recorded:   January 23, 2006
Book/Page:  08088/1687
Recorded in Camden County

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-23362-JNP
Giovanna M. Lewandowski  Chapter 13
Ryan Lewandowski
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Sep 18, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Giovanna M. Lewandowski, Ryan Lewandowski, 15 New York Ave., Berlin, NJ 08009-1120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:

**Name     Email Address**

Alex Leight
    on behalf of Creditor NJR Clean Energy Ventures Corporation aleight@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.

Case 19-23362-JNP    Doc 103    Filed 09/20/24    Entered 09/21/24 00:12:54    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Katherine B. Galdieri | on behalf of Creditor NJR Clean Energy Ventures Corporation kgaldieri@njtransit.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Ryan Lewandowski ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Debtor Giovanna M. Lewandowski ecfbc@comcast.net |
| R. A. Lebron | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., as servicer for CSMC 2019-JR1 TRUST bankruptcy@fskslaw.com |
| Travis Graga | on behalf of Creditor NJR Clean Energy Ventures Corporation trgraga@norris-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13