**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Giovanna M. Lewandowski<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4166 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ryan Lewandowski<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0789 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–23362–JNP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Giovanna M. Lewandowski
aka Giovanna Lewandowski, aka Giovanna Fuscellaro–Lewandowski

Ryan Lewandowski

10/4/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 19-23362-JNP
Giovanna M. Lewandowski Chapter 13
Ryan Lewandowski
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 04, 2024 Form ID: 3180W Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Giovanna M. Lewandowski, Ryan Lewandowski, 15 New York Ave., Berlin, NJ 08009-1120 |
| 518342884 | | Clean Energy Ventures, 1415 Wyckoff Road, Belmar, NJ 07719 |
| 518342888 | + | MIDFIRST BANK, KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, wESTMONT, NJ 08108-2812 |
| 518342889 | | Midland Mortgage, P.O. BOX, Oklahoma City, OK 73126 |
| 518370938 | + | NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 518342890 | + | Powers Kirn, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518342885 | + | SELECT PORTFOLIO SERVICING, INC., as, servicer for CSMC 2019-JR1 TRUST, FEIN, SUCH, KAHN, & SHEPARD, P.C., 7 CENTURY DRIVE, SUITE 201 Parsippany, NJ 07054-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Oct 04 2024 20:26:39 | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 04 2024 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 04 2024 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | ^ | MEBN | Oct 04 2024 20:27:16 | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518342886 | | Email/Text: EBNBKNOT@ford.com | Oct 04 2024 20:28:00 | FORD MOTOR CREDIT, P.O. BOX 6275, Dearborn, MI 48121 |
| 518348223 | | Email/Text: EBNBKNOT@ford.com | Oct 04 2024 20:28:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518350243 | | Email/Text: EBNBKNOT@ford.com | Oct 04 2024 20:28:00 | Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 518342887 | + | EDI: PHINAMERI.COM | Oct 05 2024 00:20:00 | GM FINANCIAL, P.O. BOX 181145, Arlington, TX 76096-1145 |
| 518463625 | + | EDI: AISMIDFIRST | Oct 05 2024 00:20:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518342892 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 04 2024 20:28:00 | SELECT PORTFOLIO SERVICING, 3815 SOUTH WEST TEMPLE STREET, Salt Lake City, UT 84115 |
| 518698122 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 04 2024 20:28:00 | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |

| | | | |
|---|---|---|---|
| 518464755 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 04 2024 20:28:00 | SELECT PORTFOLIO SERVICING, INC., as servicer for, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | *+ | NJR Clean Energy Ventures Corporation, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| 518342891 | *+ | RYAN LEWANDOWSKI, 15 NEW YORK AVE, Berlin, NJ 08009-1120 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex Leight | on behalf of Creditor NJR Clean Energy Ventures Corporation aleight@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Katherine B. Galdieri | on behalf of Creditor NJR Clean Energy Ventures Corporation kgaldieri@njtransit.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Ryan Lewandowski ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Debtor Giovanna M. Lewandowski ecfbc@comcast.net |

| | |
|---|---|
| R. A. Lebron | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., as servicer for CSMC 2019-JR1 TRUST bankruptcy@fskslaw.com |
| Travis Graga | on behalf of Creditor NJR Clean Energy Ventures Corporation trgraga@norris-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13